IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal Case No. 4:24CR17-09 (RCY) |
| | ) |
| NATHA LEANA HOLLOWAY, | ) |
| Defendant. | ) |
| | ) |

**ORDER**

This matter is before the Court for consideration of a report and recommendation by Magistrate Judge Summer L. Speight regarding the Magistrate Judge's acceptance of the Defendant's plea of guilty to the specified charges in the pending matter (ECF No. 450).

On March 10, 2025, a proceeding pursuant to Fed. R. Crim. P. 11 was conducted by the Magistrate Judge with the consent of the Defendant and counsel. It appears to the Court that the Magistrate Judge made full inquiry and findings pursuant to Rule 11; that the Defendant was given notice of the right to file specific objections to the report and recommendation that was submitted as a result of the proceeding; and that no objection has been asserted within the prescribed time period.

On March 17, 2025, however, the Defendant filed an Unopposed Motion to Withhold Adjudication of Guilt (ECF No. 467). In her Motion, the Defendant represented that she has complied with all conditions of her pretrial release. Thus, the Defendant requests that the Court withhold its finding of guilt until the sentencing hearing, presently scheduled for August 6, 2025, so that she may remain on pretrial release. The Government does not oppose the Defendant's request.

As such, the Court hereby ORDERS as follows:

1. For good cause shown, the Defendant's Motion (ECF No. 467) is GRANTED;

2. The report and recommendation of the Magistrate Judge (ECF No. 450) is ADOPTED IN PART, however;

3. The Court RESERVES its ruling on the Magistrate Judge's finding of guilt until the August 6, 2025 sentencing hearing.

The Clerk is directed to provide a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: March 25, 2025
Richmond, Virginia